# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Myriam J. Almarez,

    Plaintiff

v.

Capital One Bank, et al.,

    Defendants

2:17-cv-00271-JAD-VCF

**Order Dismissing and Closing Case**

**[ECF No. 24]**

With good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's unopposed Motion to Dismiss without Prejudice **[ECF No. 24] is GRANTED. This action is DISMISSED** under FRCP 41(a)(2) without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

DATED: September 26, 2017

_____
Jennifer A. Dorsey
United States District Judge